**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,** | **Civil Action No. 6:20-cv-1163-ADA** |
| | **Civil Action No. 6:20-cv-1164-ADA** |
| *Plaintiff,* | **Civil Action No. 6:20-cv-1165-ADA** |
| | **Civil Action No. 6:20-cv-1166-ADA** |
| | **Civil Action No. 6:20-cv-1167-ADA** |
| **v.** | **Civil Action No. 6:20-cv-1168-ADA** |
| | **Civil Action No. 6:20-cv-1169-ADA** |
| **SALESFORCE.COM, INC.,** | **Civil Action No. 6:20-cv-1170-ADA** |
| | **Civil Action No. 6:20-cv-1171-ADA** |
| *Defendant.* | **Civil Action No. 6:20-cv-1172-ADA** |

## <u>ORDER DENYING RULE 12(b)(6) MOTION FOR PARTIAL DISMISSAL</u>

Having considered Salesforce.com, Inc.'s Rule 12(b)(6) motion for partial dismissal and the briefing related to it, the Court hereby DENIES the motion.