# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A | § | |
| BRAZOS LICENSING AND | § | CIVIL ACTION 6:20-cv-01163-ADA |
| DEVELOPMENT, | § | CIVIL ACTION 6:20-cv-01164-ADA |
| *Plaintiff*, | § | CIVIL ACTION 6:20-cv-01165-ADA |
| | § | CIVIL ACTION 6:20-cv-01166-ADA |
| v. | § | CIVIL ACTION 6:20-cv-01167-ADA |
| | § | CIVIL ACTION 6:20-cv-01168-ADA |
| SALESFORCE.COM, INC., | § | CIVIL ACTION 6:20-cv-01169-ADA |
| *Defendant.* | § | CIVIL ACTION 6:20-cv-01170-ADA |
| | § | CIVIL ACTION 6:20-cv-01171-ADA |
| | § | CIVIL ACTION 6:20-cv-01172-ADA |

**SCHEDULING ORDER**

| Deadline | Item |
|---|---|
| **June 23, 2021** | Plaintiff serves preliminary[1] infringement contentions in the form of a chart setting forth where in the accused product(s) each element of the asserted claim(s) are found. Plaintiff shall also identify the earliest priority date (i.e. the earliest date of invention) for each asserted claim and produce: (1) all documents evidencing conception and reduction to practice for reach claimed invention, and (2) a copy of the file history for reach patent in suit. |
| **June 30, 2021** | Case Management Conference |
| **July 14, 2021** | The Parties shall submit an agreed Scheduling Order. If the parties cannot agree, the parties shall submit a separate Joint Motion for entry of each Order briefly setting forth their respective positions on items where they cannot agree. Absent agreement of the parties, the Plaintiff shall be responsible for the timely submission of this and other Joint filings. |
| **August 18, 2021** | Defendant serves preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendant contends are indefinite or lack written description under section 112, and (3) an identification |

---

[1] The parties may amend preliminary infringement contentions and preliminary invalidity contentions without leave of court so long as counsel certifies that it undertook reasonable efforts to prepare its preliminary contentions and the amendment is based on material identified after those preliminary contentions were served and should do so seasonably upon identifying any such material. Any amendment to add patent claims requires leave of court so that the Court can address any scheduling issues.

| Deadline | Item |
|---|---|
|  | of any claims the Defendant contends are directed to ineligible subject matter under section 101.  Defendant shall also produce (1) all prior art referenced in the invalidity contentions, (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s), and (3) summary, annual sales information for the accused product(s) for the two years preceding the filing of the Complaint, unless the parties agree to some other timeframe. |
| **September 1, 2021** | Parties exchange claim terms for construction. |
| **September 15, 2021** | Parties exchange proposed claim constructions. |
| **September 22, 2021** | Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon in their opening brief with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony. With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. |
| **N/A** | **Pre-*Markman* license discovery closes.**  Salesforce requests limited pre-Markman discovery into a case dispositive license defense for all ten asserted WSOU patents of no more than 10 document requests, 5 interrogatories, and two depositions. |
| **September 29, 2021** | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |
| **October 6, 2021** | Defendant files Opening claim construction brief, including any arguments that any claim terms are indefinite. |
| **October 27, 2021** | Plaintiff files Responsive claim construction brief. |
| **November 10, 2021** | Defendant files Reply claim construction brief. |
| **November 24, 2021** | Plaintiff files Sur-Reply claim construction brief. |
| **November 30, 2021** | Parties submit Joint Claim Construction Statement<br><br>See General Issues Note #8 regarding providing copies of the briefing to the Court and the technical advisor (if appointed). |
| **December 1, 2021** | Parties submit optional technical tutorials to the Court and technical advisor (if appointed). |

| Deadline | Item |
|---|---|
| **December 8, 2021** | *Markman* hearing at 9:00 a.m. |
| **December 9, 2021** | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |
| **January 19, 2022** | Deadline to add parties. |
| **February 2, 2022** | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to Infringement o Invalidity contentions. This deadline does not relieve the Parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| **March 30, 2022** | Deadline to amend pleadings.  A motion is not required unless the amendment adds patents or claims. |
| **June 1, 2022** | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's Law Clerk to arrange a teleconference with the Court to resolve the disputed issues. |
| **June 29, 2022** | Close of Fact Discovery. |
| **July 6, 2022** | Opening Expert Reports. |
| **August 3, 2022** | Rebuttal Expert Reports. |
| **August 24, 2022** | Close of Expert Discovery. |
| **August 31, 2022** | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| **September 7, 2022** | Dispositive motion deadline and *Daubert* motion deadline. |
| **September 21, 2022** | Serve Pretrial Disclosures (jury instructions, exhibit lists, witness lists, discovery and deposition designations). |

| Deadline | Item |
| --- | --- |
| **October 5, 2022** | Serve objections to pretrial disclosures/rebuttal disclosures. |
| **October 12, 2022** | Serve objections to rebuttal disclosures and file motions *in limine*. |
| **October 19, 2022** | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |
| **October 26, 2022** | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com. Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| **November 4, 2021** | File joint notice identifying remaining objections to pretrial disclosures and disputes on motion *in limine*. |
| **November 9, 2022** | Final Pretrial Conference. |
| **December 5, 2022** | Jury Selection/Trial. |

SIGNED this _____ day of _____, 2021

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE